Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-370-566**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Honey Bee

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 11, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-573

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

| | |
|---|---|
| Title of Work: | Monarch Butterfly |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | July 26, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Barrett Christopher Biggers |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Barrett Biggers Artist Inc. |
| Name: | Barrett Christopher Biggers |
| Email: | barrettbiggersartist@gmail.com |
| Address: | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 15, 2023 |

Page 1 of 2

